Form G5 (20240101_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) Case Number: 23-09847
Janet Young  )
 )
 ) Chapter: 13
 )
 ) Honorable Jacqueline Cox
 )
Debtor(s) )

*Agreed* ORDER VACATING THE ORDER DATED FEBRUARY 26, 2024
DENYING CONFIRMATION AND
CONFIRM CASE 23-09847 INSTANTER AND FOR SHORTENED NOTICE

This cause coming to be heard on debtors motion through their attorney Raffy A. Kaplan, due notice having been given and the court fully advised on the premises:

This matter coming to be heard on the Motion to Vacate the Order Dated February 26, 2024 Denying Confirmation and to Confirm case number 23-09847 and for shortened notice and the Court being fully advised:

1. The Order Dated February 26, 2024 denying confirmation is vacated.
2. Shortened Notice is granted.
3. The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 65, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED

Enter:  *Jacqueline B. Cox*
J. Cox

Dated: 4-1-24

United States Bankruptcy Judge

**Prepared by:**
Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989